[632 NYS2d 999]

In the Matter of EUN MI KANG, an Attorney, Resignor.

Fourth Department, September 29, 1995

### APPEARANCES OF COUNSEL

*Eun Mi Kang,* Encino, California, petitioner *pro se.*

*Gerard M. LaRusso,* Buffalo, for Grievance Committee.

### OPINION OF THE COURT

Per Curiam.

The above-named attorney was admitted to practice by this Court on April 8, 1991 and currently resides in California. He has submitted an affidavit requesting that this Court accept his resignation from the practice of law in New York because of his intent to reside permanently in California. There are currently no complaints pending against him.

We grant the application and direct that his name be removed from the roll of attorneys.

DENMAN, P. J., GREEN, PINE, BALIO and LAWTON, JJ., concur.

Resignation accepted and name removed from roll of attorneys.